■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BEHLIN, Appellant. [804 NYS2d 690]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 26, 1987 (*People v Behlin*, 133 AD2d 835 [1987]), affirming a judgment of the Supreme Court, Kings County, rendered November 11, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller and Schmidt, JJ., concur.